# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 970 |
| | : | |
| APPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| CONDUCT BOARD | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2023, the Honorable William J. Kissner, Carbon County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing March 14, 2024.